Colby S. Morgan (CSM-1238369)
Federal Express Corporation
111 W. 40th St., 29th Floor
New York, NY 10018
Telephone: (212) 377-6251
email: csmorgan@fedex.com

and

Richard R. Roberts (admitted *Pro Hac Vice*)
David A. Billions (admitted *Pro Hac Vice*)
Robert R. Ross (admitted *Pro Hac Vice*)
Federal Express Corporation
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-8533
email: dabillions@fedex.com

*Attorneys for Plaintiff Federal Express Corporation*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 27 SEP 2010
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FEDERAL EXPRESS CORPORATION,

    Plaintiff,

    -v-

ANDREW CUOMO, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
THE STATE OF NEW YORK, OFFICE OF THE
ATTORNEY GENERAL OF THE STATE
OF NEW YORK,

    Defendants.
-----------------------------------------------------------X

Case No.: 1:10-cv-06343-PAC

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

    COMES NOW Plaintiff Federal Express Corporation and pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* files this Notice of Dismissal Without Prejudice as the issues and claims raised in this matter are now moot because the Attorney General has formally terminated his investigation of Federal Express


Corporation by voluntarily withdrawing the May 24, 2010 and thereafter amended June 3, 2010 *Subpoena Duces Tecum and Ad Testificandum* at issue in this case. This cause of action is hereby dismissed without prejudice with each party to bear its own fees and costs.

*The Clerk of Court shall close this case.*

Date: September 22, 2010.

                    FEDERAL EXPRESS CORPORATION

                    By: */s Colby S. Morgan*
                    Colby S. Morgan (CSM-1238369)
                    Federal Express Corporation
                    111 W. 40th St., 29th Floor
                    New York, NY 10018
                    Telephone: (212) 377-6251
                    email: csmorgan@fedex.com

and

Richard R. Roberts (Admitted *Pro Hac Vice*)
David A. Billions (Admitted *Pro Hac Vice*)
Robert R. Ross (Admitted *Pro Hac Vice*)
Federal Express Corporation
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-8533
email: dabillions@fedex.com

Attorneys for Plaintiff
FEDERAL EXPRESS CORPORATION

SO ORDERED: /s/ Paul A. Crotty   27 SEP 2010

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE